UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSICA RIVERA, an individual,

    Plaintiff,

v.  Case No: 2:16-cv-567-FtM-99CM

MCKENNEYCARE, LLC, a Florida limited liability company,

    Defendant.

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Doc. #28) filed on December 5, 2017. The parties reached a settlement and have stipulated to the dismissal of the case. The parties state that plaintiff received full compensation "without compromise" for her claim under the Fair Labor Standards Act (FLSA), and that attorney's fees and costs were negotiated separately. As there was no compromise, no review of the settlement is necessary, Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982), and a case is otherwise deemed dismissed upon the filing of a stipulation for dismissal, Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this ___6th___ day of December, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record